IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAQUINIA MAXINE ANDERSON**                        **PLAINTIFF**
**DANIELS** *on behalf of Carolyn Ann Stanley*

v.                  **CASE NO. 4:25-CV-00680-BSM**

**DREW MEMORIAL HOSPITAL,** *et al.*                     **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE